No. 901. Padilla *v.* Perales.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en octubre 8, 1912. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911, y el 40 del Reglamento del Tribunal Supremo. Abogado del apelado: *Sr. Santiago B. Palmer.* Abogado del apelante: *Sr. Herminio Miranda.*

---

No. 6. In Re Ramírez.—Queja formulada por Juan Mollfulleda. Resuelto en octubre 8, 1912. No considerada la queja por no estar jurada.

---

No. 351. Ex Parte Mercader.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company. Resuelto en octubre 9, 1912. Aprobada la fianza. El peticionario compareció en nombre propio.

---

No. 451. El Pueblo *v.* González.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción para que se desestime la apelación. Resuelto en octubre 11, 1912. Denegada la moción. Abogado del apelante: *Sr. Manuel F. Rossy.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 455. El Pueblo *v.* Barquet et al.—Apelación procedente de la Corte de Distrito de Ponce. Moción para que se desestime la apelación. Resuelto en octubre 11, 1912. Denegada la moción. Abogado de los apelantes: *Sr. Felipe Casalduc.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*